GIRARDI | KEESE
John A. Girardi, State Bar. No. 54917
jgirardi@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Gary Markowitz

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GARY MARKOWITZ,<br><br>          Plaintiff,<br><br>     v.<br><br>C.R. BARD, INC., a Delaware corporation; DAVOL, INC., a Delaware corporation; and DOES 1 THROUGH 100, inclusive,<br><br>          Defendants. | Case No. 2:15-cv-02418 RGK (VBKx)<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL<br><br>Judge:  Hon. R. Gary Klausner<br>Crtrm.: 850 |

Case No. 2:15-cv-02418 RGK (VBKx)

[PROPOSED] ORDER OF DISMISSAL

1  Pursuant to the stipulation of voluntary dismissal filed by the parties on July
2  9, 2015, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice as
3  to all claims, with each party to bear its own attorney's fees, if any, and costs.
4
5
6  Date: July 10, 2015                    _____
7                                          R. GARY KLAUSNER
8                                          UNITED STATES JUDGE